IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARK E. BULLIMORE, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:18-CV-2191-CSB-EIL |
| NICKEL EXPRESS INC., CHRIS ROBERT DEMOS, INDUSTRIAL TRANSPORT, INC., And THOMAS WILLIAM PADDOCK, | ) ) ) **JURY DEMAND** ) ) |
| Defendants. | ) |

### STIPULATION TO DISMISS ACTION

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, acting through their respective attorneys, that said action be dismissed, with prejudice, without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Mark E. Bullimore, Plaintiff

BY: _____
Benjamin S. Creedy (MO Bar #56371)
3007 Frederick Ave.
St. Joseph, Missouri 64506

Nickel Express, Inc. and Chris Robert
Demos, Defendants

BY: _____
Joseph J. Klocke (ARDC # 6316802)
SmithAmundsen LLC
150 N. Michigan Ave., Ste. 3300
Chicago, Illinois 60601

Industrial Transport, Inc. and
Thomas William, Paddock, Defendants

BY: _____
Denise Baker-Seal (ARDC #625589)
Brown & James, P.C.
Richland Plaza I
525 W. Main Street, Ste. 200
Belleville, Illinois 62220